517 A.2d 539

**COPES–VULCAN, DIVISION OF WHITE
CONSOLIDATED INDUSTRIES, INC.**

v.

**INTERNATIONAL ASSOCIATION OF MACHINISTS AND
AEROSPACE WORKERS, International Association of Machinists and Aerospace Workers Local Lodge 938, Ronald
Marshal, Paul Lasher, Tom Warchol, Gary Mehok, Russel
Hagnik, Alfonse Ferrante, Vernon Hough, Andrew Simkovitch, Jr., and Diane Prindle, Petitioners.**

Supreme Court of Pennsylvania.

Nov. 18, 1986.

Petition for Allowance of Appeal GRANTED, No. 92
W.D. Appeal Docket 1986.